## HAAS v. WHITTIER et al.

### No. 12,927; May 6, 1889.

#### 21 Pac. 547.

New Trial—Objections to Verdict.—An order granting a new trial, applied for on the ground that the evidence was insufficient to justify the verdict, will not be reversed unless a manifest abuse of discretion appears.

APPEAL from Superior Court, Los Angeles County; W. P. Gardiner, Judge.

Action by Abe Haas, assignee in insolvency, against W. F. Whittier and others. Judgment was rendered for defendants, and the plaintiff obtained an order for a new trial.

Barclay, Wilson & Carpenter for appellants; Graves, O'Melveny & Shankland and Chapman & Hendrick for respondent.

WORKS, J.—This is an appeal from an order granting the respondent a new trial. One of the grounds of the motion was that the evidence was insufficient to justify the verdict. Without attempting to review the evidence, or to determine what weight should be given to it, which will be within the province of the lower court on a second trial, it is sufficient to say that the evidence was such that this court will not set aside the order granting a new trial. Such an order will not be reversed unless a manifest abuse of discretion appears: Gerold v. Brunswick, 67 Cal. 124, 7 Pac. 306. No such abuse of discretion appears in this case. Order affirmed.

We concur: Beatty, C. J.; Paterson, J.; Sharpstein, J.; McFarland, J.; Thornton, J.